IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WILLIAMS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-cv-5268-JMY |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |

## ORDER

AND NOW, this 30th day of December, 2021, upon consideration of Defendant the City of Philadelphia's unopposed request for an extension for the time to respond to Plaintiff's Complaint, p) it is **ORDERED** that Defendant's request is **GRANTED** and the deadline to respond to Plaintiff's Complaint is extended to **February 4, 2022.**

BY THE COURT:

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**