IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER WILLIAMS** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-cv-5268 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |

## ORDER

NOW, this 19th day of August, 2022, upon consideration of Plaintiff's unopposed Motion for Leave to File Amended Complaint (ECF No. 31), and for good cause shown, it is **ORDERED** that Plaintiff's motion is **GRANTED.** The Court shall consider Christopher William's Amended Complaint at ECF No. 38 as the operative complaint. It is further ordered that the Court shall consider the Motion to Dismiss (ECF No. 11) that were previously filed and all arguments raised therein, as applicable to the Amended Complaint. In light of this Order, the Amended Complaint, and the subsequently filed Motion to Dismiss of Defendants David E. Desidero, David Webb and Lynne Abraham on May 9, 2022 to the Amended Complaint, the Defendants David E. Desidero's, David Webb's and Lynne Abraham's Motion to Dismiss at ECF No. 10 is **DENIED** as moot.

    **IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**