IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MARTELL HARTWELL,** as administrator of the estate of **CHRISTOPHER WILLIAMS, deceased,** : Plaintiff, : v. : **CITY OF PHILADELPHIA, et al.** : Defendants : | CIVIL ACTION No. 21-5268-JMY |

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and by stipulation of the undersigned parties, Plaintiff dismisses this action as to Defendants David Desiderio, David Webb, Lynne Abraham, Charles Bentham, John Grier, Richard Harris, Frank Margerum, Manuel Santiago, Frank Jastrzembski, Karen Ansel as personal representative of the Estate of Frances Ansel, Ludmilla Permint as the personal representative of the Estate of Charles Permint, James Rodden as the personal representative of the Estate of Gregory Rodden, Kenneth Russell as the personal representative of the Estate of Raleigh Witcher, John Della Rocca as the special administrator of the Estate of Michael Burke, John Della Rocca as the special administrator of the Estate of John Cimino, John Della Rocca as the special administrator of the Estate of Raymond Dougherty, John Della Rocca as the special administrator of the Estate of Arthur Durrant, John Della Rocca as the special administrator of the Estate of Joseph Hasara, John Della Rocca as the special administrator of the Estate of Frank Miller, John Della Rocca as the special administrator of the Estate of James Morton, and the Philadelphia District Attorney's Office only, with prejudice and with each party to bear their own costs.

March 6, 2023

/s/ John Milton Younge
Judge John Milton Younge