## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHRISTOPHER MARTELL HARTWELL,**          :
**as administrator of the estate of**              :          **CIVIL ACTION**
**CHRISTOPHER WILLIAMS, deceased,**       :
Plaintiff,                                          :          **NO. 21-5268**
                                                    :
v.                                                  :
                                                    :
**CITY OF PHILADELPHIA, *et al.*,**               :
Defendants.                                         :
                                                    :

## ORDER

**AND NOW**, this 29th day of March, 2023, upon consideration of Defendants City of Philadelphia, Frank Margerum, Charles Bentham, and Richard Harris's Motion to Dismiss (ECF No. 11), Defendants Former Assistant District Attorney David Webb, Former Assistant District Attorney David Desiderio, and Former District Attorney Lynne Abraham's Motion to Dismiss (ECF No. 41), Defendant John Grier's Motion to Dismiss (ECF No. 54), and Defendants Karen Ansel (as Personal Representative of the Estate of Francis Ansel), Ludmilla Permint (as Personal Representative of the Estate of Charles Permint), James Rodden (as Personal Representative of the Estate of Gregory Rodden), and Kenneth Russell's (as Personal Representative to the Estate of Raleigh Witcher) Motion to Dismiss (ECF No. 64), it is hereby **ORDERED** as follows:

1. Defendants City of Philadelphia, Frank Margerum, Charles Bentham, and Richard Harris's Motion to Dismiss (ECF No. 11) is **DENIED** as **MOOT**—in light of Plaintiff's Amended Complaint (ECF No. 38).

2. Defendants Former Assistant District Attorney David Webb, Former Assistant District Attorney David Desiderio, and Former District Attorney Lynne Abraham's Motion to Dismiss (ECF No. 41), Defendant John Grier's Motion to Dismiss (ECF No. 54), and Defendants Karen Ansel (as Personal Representative of the Estate of Francis Ansel), Ludmilla Permint (as Personal Representative of the Estate of Charles Permint), James Rodden (as Personal Representative of the Estate of Gregory Rodden), and Kenneth Russell's (as Personal Representative to the Estate

of Raleigh Witcher) Motion to Dismiss (ECF No. 64) are **DENIED** as **MOOT**—in light of this Court's granting of Plaintiff's Stipulation of Partial Dismissal (ECF No. 85) removing these aforementioned parties as Defendants in the above-captioned case.

**IT IS SO ORDERED.**

BY THE COURT:

_____*/s/ John Milton Younge*_____
**JUDGE JOHN MILTON YOUNGE**