Kevin Silas, AM-7160
SCI-Frackville
1111 Altamont Blvd.
Frackville, PA 17931

November 22, 2025

United States District Court
Eastern District of Pennsylvania
Clerk of Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Christopher Williams, Plaintiff v. City of Philadelphia, Detective Frank Ansel, et al., Defendants, No. 21-v-5268

Dear Clerk:

    This letter come in pursuant of the United States Freedom Of Information Act under 5 USCS § 552 for the jury's verdict of what counts mentioned below that they find **Defendant Frank Ansel** culpable and guilty in violating **Plaintiff Christopher Williams'** civil rights:

- Count 8: **Malicious Prosecution and Deprivation of Liberty without Due Process and Fair Trial in violation of the Fourth Amendment and Fourteenth Amendment** (against Detective Frank Ansel);
- Count 28: Failure to intervene in violation of the Fourth Amendment and Fourteenth Amendment (against Detective Frank Ansel);
- Count 44: Equal Protection/Race Discrimination (against Frank Ansel);
- Count 45: Civil Rights Conspiracy (against all Defendants);
- Count 46: Monell Liability (against City of Phila. and Phila. DA's Office);
- Count 54: Pennsylvania Common Law - Malicious Prosecution (against Detective Frank Ansel);
- Count 72: Pennsylvania Common Law - Intentional or Reckless Infliction of Emotional Distress (against Detective Frank Ansel); and
- Count 82: Respondent Superior Liability (against City of Phila.)

Sincerely,

*Kevin Silas*

Kevin Silas, AM-7160
SCI-Frackville
1111 Altamont Blvd.
Frackville, PA 19106

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/25/2025 ZIP 17932
043M32207360

INMATE MAIL
HARRISBURG PA 171
PA DEPT OF
25 NOV 2025PM 4 L
CORRECTIONS

United States District Court
Eastern District of Pennsylvania
Clerk of Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
DEC 1 - 2025